IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ALLISON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-151 Erie |
| COUNTY OF VENANGO, et al., ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on June 1, 2004, and was referred to the United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on June 7, 2005, [Doc. No. 18] recommended that Defendants' Motion to Dismiss [Doc. No. 14] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the case, together with the report and recommendation, the following order is entered:

AND NOW, this 29th day of July, 2005,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss [Doc. No. 14] is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated June 7, 2005, is adopted as the opinion of the Court.

The clerk is directed to mark the case closed.

s/ Sean J. McLaughlin<br>
United States District Judge

cc: All parties of record.